U.S. District Court
Wisconsin Eastern

APR - 4 2018

FILED
Stephen C. Dries, Clerk



U.S.C.A. 7th Circuit
RECEIVED
APR 2 - 2018
GINO J. AGNELLO
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_MARK A. Stephens_ , Petitioner,

**Full Name (under which you were convicted)**

_081869_

**Prisoner Number**

_Jackson Correctional Inst._

**Place of Confinement**

vs.

_Lizzie Tegels, Warden_ , Respondent.

**Authorized Person Having Custody of Petitioner**

Docket No. _____

_(to be supplied by Clerk)_

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254
## BY A PERSON IN STATE CUSTODY

**Caution:** THIS IS NOT THE FORM TO BE USED, IF YOU CLAIM THAT YOUR FEDERAL SENTENCE OR CONVICTION IS UNLAWFUL, OR IF YOU ARE A PRETRIAL DETAINEE CHALLENGING YOUR PRECONVICTION CUSTODY, A FEDERAL PRISONER CHALLENGING THE EXECUTION OF YOUR SENTENCE OR AN ACTION TAKEN BY THE BUREAU OF PRISONS, OR A PERSON IN CUSTODY CHALLENGING AN IMMIGRATION-RELATED ORDER.

## I. SUBJECT OF THIS PETITION

A. Name and location of the state court that entered the judgment of conviction which you are challenging

Waukesha County Circuit Court, Waukesha county court house, 515, W. moreland Boulevard, Waukesha, WI 53188

B. Criminal docket or case number _2002 CF 000886_

C. Date of the judgment of conviction _Jan. 31st 2006_

D. Date of sentencing _Jan. 27th 2006_

E. Length of sentence _20 years confinement  20 years extended Supervision._

F. In this case, were you convicted on more than one count or of more than one crime?

☐ Yes   ☑ No

G. Identify all crimes of which you were convicted and sentenced in this case

Burglary - Armed w/ Dangerous Weapon.

H. What was your plea? *(Check one)*

☐ Not guilty   ☑ Guilty   ☐ Insanity plea   ☐ Nolo contendere *(no contest)*

If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

I. If you went to trial, what kind of trial did you have? *(Check one)*

☐ Jury   ☐ Judge only

**SUBJECT OF THIS PETITION** - *continued*

    J.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

        ☐ Yes        ☑ No

        If yes, state the type(s) of hearing or proceeding

---

## II.  DIRECT STATE APPEAL OF CONVICTION

    A.   Did you appeal from the judgment of conviction?

        ☑ Yes        ☐ No

        If yes, attach the decision(s) that resolved your appeal and answer the following questions:

        1.  Date of filing appeal  ~~[struck through]~~ 9-28-15

        2.  Grounds raised  Circuit Court erroneously exercised its discretion denying counsel. Ineffective assistance of counsel And in complete information At Sentencing, pertaining to the PSI. Risk Assessment Form missing From PSI used to Sentence.

        3.  Result  denied

        4.  Date  ~~[struck through]~~ 1-19-17

    B.   Did you seek further review by the highest state court?

        ☑ Yes        ☐ No

        If yes, attach the decision(s) that resolved your petition for review and answer the following questions:

        1.  Date of filing of petition for review  Feb 17th 2017

        2.  Grounds raised  Incomplete Information, by PSI missing Risk Assessment Report, State court's Failed to give due process Rights on PSI Report, Counsel + Parties All were ineffective For not seeing PSI being incomplete.

        3.  Result  denied

        4.  Date  APRIL 13th, 2017

**DIRECT STATE APPEAL OF CONVICTION** - *continued*

    C.  Did you file a petition for certiorari in the United States Supreme Court?

        ☐ Yes       ☒ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

    1.  Date of filing petition for certiorari _____

    2.  Grounds raised _____

          _____

          _____

    3.  Result _____

    4.  Date _____

## III.  STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL

    A.  Other than the appeals listed above in Section II, have you previously filed any other state petitions, applications, or motions concerning **this** state judgment of conviction?

        ☐ Yes       ☒ No

If yes, attach the decision(s) that resolved your application for state post-conviction relief and answer the following questions:

    1.  Name of court _____

    2.  Docket or case number _____

    3.  Date of filing _____

    4.  Type of petition, application, or motion filed _____

    5.  Grounds raised _____

          _____

          _____

    6.  Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes     ☐ No

    7.  Result _____

8. Date _____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your first state petition, application, or motion?

   ☐ Yes ☐ No

B. If you filed a second petition, application, or motion, attach the decision and answer the following questions:

   1. Name of court _____

   2. Docket or case number _____

   3. Date of filing _____

   4. Type of petition, application, or motion filed _____

   5. Grounds raised _____

      _____

      _____

   6. Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes ☐ No

   7. Result _____

   8. Date _____

   9. Did you appeal to the highest state court having jurisdiction over the action taken on your second state petition, application, or motion?

      ☐ Yes ☐ No

      _____

      _____

C. If you filed a third petition, application, or motion, attach the decision and answer the following questions:

   1. Name of court _____

   2. Docket or case number _____

   3. Date of filing _____

4. Type of petition, application or motion filed _____

5. Grounds raised _____

_____

_____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes          ☐ No

7. Result _____

8. Date _____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your third state petition, application, or motion?

☐ Yes          ☐ No

## IV. GROUNDS FOR RELIEF

For this petition, state **every** ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (*use up*) your available state-court remedies on each ground on which you request action by the federal court.

Ground One  *Incomplete Information Used at sentencing to give*
*Sentence given, ineffective asstance of counsel.*

_____

Supporting **FACTS** (*Briefly summarize the facts without citing cases or law.*)

*PSI That Judge ordered And used to give the sentence he*
*did was based on the PSI Alone And it was missing*
*The critical Risk Assessment Form which would of changed*
*The amount of sentence the Judge would of been Able to*

## GROUNDS FOR RELIEF - *continued*

give me.

If you did not exhaust your state remedies on Ground One, explain why.

Ground Two  Ineffetive Assistance of All Counsels & Parties For not Knowing The PSI was Incomplete And yet The First Appeal All The Court's stated Counsel wasn't ineffective, now in This Theroe

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

not one partie knew the PSI was Incomplete not even the DA who knew the time Amount was wrong And called the PSI To inform Then, in which A Amended PSI was set to The court but The DA wasn't catching The Risk Assessment Form was missing nor Any other counsel or defendant, Thus All were ineffective Assistant.

**GROUNDS FOR RELIEF** - *continued*

_____

_____

_____

If you did not exhaust your state remedies on Ground Two, explain why.

_____

_____

_____

Ground Three_____

_____

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground Three, explain why.

_____

_____

**GROUNDS FOR RELIEF - *continued***

Ground Four_____

_____

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you did not exhaust your state remedies on Ground Four, explain why.

_____

_____

_____

**V.   PRIOR FEDERAL CHALLENGES**

A.  Have you previously filed any type of petition, application, or motion **in a federal court** regarding the state conviction that you are challenging in this petition?

☒ Yes          ☐ No

If yes, attach the decision(s) that resolved your prior federal court challenge and answer the following questions:

1.  Name of court   *Habeas Corpus*_____

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application, or motion filed _____

5. Grounds raised  *Breach of Plea deal, ineffective Assitance*
   *of counsel,* ~~actual innocence~~ _____

   _____

   _____

   _____

   _____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes       ☑ No

7. Result ___ *Denied* _____

8. Date _____

9. Did you appeal the action taken on your first federal petition, application, or motion to a federal court of appeals?

   ☑ Yes       ☐ No

   If yes, attach the decision(s) that resolved your appeal and answer the following questions:

   a. Name of court  *7th Circuit* _____

   b. Docket or case number _____

   c. Date of filing _____

   d. Type of petition, application, or motion filed _____

   e. Grounds raised  *Breach of Plea deal, inefFive Asstance*
      *of counsel* _____

      _____

      _____

    f.   Result    ~~do~~ denied

    g.   Date

B.   Did you file a petition for certiorari in the United States Supreme Court?

    ☒ Yes        ☐ No

    If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

    1.   Date of filing petition for certiorari

    2.   Grounds raised   Breach of Plea deal, Ineffetive Asst. of Counsel.

    3.   Result   denied

    4.   Date

## VI.  REPRESENTATION

A.   Give the name and address of each attorney who represented you in the following:

    1.   At preliminary hearing   mike Hayes, 324 E. Wisconsin Ave, Suite 1111 milwaukee, WI 53202

    2.   At arraignment and plea hearing   mike Holzman, 400 W. moreLand Blvd. #c, Waukesha, WI 53188

    3.   At trial

    4.   At sentencing   mike HoLZmAn, 400 W. moreLand Blvd. #c, Waukesha, WI. 53188

    5.   On direct appeal   JeRome Buting 400 N. Executive Drive #205, BrookField WI 53005

**REPRESENTATION** - *continued*

6. In any state post-conviction proceeding  KAThLeen B. STilling, 400 N. Executive Drive #205 Brookfield, WI 53005

7. On appeal from any ruling against you in a state post-conviction proceeding _____

_____

_____

## VII. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

Remand For Resentencing with complete Information.

_____

_____

_____

_____

## VIII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this  26th  day of  MARCH , 20 18 .

Mr. Mosh a. Stephens
Signature of Petitioner

_____
(Signature of lawyer, if any)

If you are signing the petition and are not the petitioner, state your relationship to the petitioner and explain why the petitioner is not signing this petition.

_____

_____

_____

## IX. CERTIFICATE OF INMATE MAILING - *Optional*

If you deposit your petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the prison/institutional/jail mailing system with prepaid, first-class postage on _____ MARCH 26th 2018 _____.

*(month, day, year)*

Signed this _____ 26th _____ day of _____ MARCH _____, 20 18 .

_____
Signature of Petitioner Mr. Mark O. Stephens

_____

Plaintiff or Petitioner (full name)

Case No. _____

v.                                        _(to be supplied by Clerk)_

_____

Defendant(s) or Respondent(s) (full name)

---

**PRISONER'S PETITION AND AFFIDAVIT TO PROCEED**
**WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

---

### _THIS FORM IS FOR PRISONERS ONLY._

_The cost of filing nearly every civil action is $400.00. This includes the $350.00 statutory filing fee and a $50.00 administrative fee. If you cannot afford this $400.00 fee you may ask permission to proceed without the prepayment of fees and/or costs by completing this form, the attached authorization, and providing the court with a certified copy of your institutional trust account statement for the past six months. The court will review your trust account statement and calculate the amount you must pay for your case to proceed. After you pay this initial partial filing fee, the court will review your complaint to determine whether it is sufficient to proceed. Every month, the prison will automatically deduct 20% of your monthly income from your institutional trust account. The money will be forwarded to the court to be paid towards the remainder of the $350.00 statutory filing fee. These automatic deductions will continue until the $350.00 statutory filing fee is paid in full. Prisoners granted permission to proceed without the prepayment of fees and/or costs do not have to pay the $50.00 administrative fee._

_The filing fee for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 or 2254 is $5.00. If you are unable to pay this $5.00 filing fee, complete this form, the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months. If the court finds that you are unable to pay the $5.00 filing fee, the court will grant your petition to proceed without prepayment of fees and/or costs and you will not have to prepay the $5.00 fee._

_If you are filing a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, there is no filing fee. However, you may want to complete and return this form and the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months if you believe you will be unable to pay other costs associated with your case such as the cost of obtaining transcripts._

**1. What type of case are you filing?** _____

(e.g. civil rights, petition for a writ of habeas corpus, etc.)

**2. Are you currently married?** ☐Yes ☐No

**3. If you and/or your spouse have any of the following assets, provide details:**

| Type of Asset | Approximate Value |
|---|---|
| Bank account (checking, savings, money market etc.) | $ |
| Retirement account (IRA, 401(k), 403(b), pension, etc.) | $ |
| Investments (certificate of deposit, stocks, securities, bonds, mutual funds, exchange traded funds, etc.) | $ |
| Real estate (house, apartment building, condo, lots, etc.) | $ |
| Other valuable assets (motor vehicles, boats, jewelry, art work, collectibles, etc.) | $ |

**Are there any other circumstances that you would like the court to consider when reviewing your request to proceed without prepayment of costs and/or fees?**

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I believe I am entitled to the relief sought in the present complaint, petition, or motion. I understand that a false statement may result in a dismissal of my claims. I answer the following questions fully, truthfully, and under penalty of perjury. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Institutional Identification Number: _____

Signature: _____ Date: _____

*This form does not need to be notarized.*

_____

Plaintiff or Petitioner (full name)

      v.                              Case No. _____
                                                    *(to be supplied by Clerk)*

_____

Defendant(s) or Respondent(s) (full name)

## AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION
## AND PAYMENT OF THE FILING FEE

I, _____, _____,
              *(your name)*                        *(institutional identification number)*
hereby authorize the court to obtain from the agency having custody of me, information about my institutional trust account, including balances, deposits, and withdrawals over the prior six months.

I further authorize the agency or facility having custody of me to continue to disclose information about my institutional trust account, including balances, deposits, and withdrawals to the court until the filing fee in this matter is paid in full.

I further authorize the agency or facility having custody of me to withdraw funds from my institutional trust account in accordance with 28 U.S.C. § 1915 and to forward these funds to the court for payment of any filing fee.

Signature: _____        Date: _____

*This form does not need to be notarized.*