# United States Court of Appeals

For the Seventh Circuit
Office of the Clerk
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604
312-435-5850

U.S. District Court
Wisconsin Eastern

APR - 4 2018

RECEIVED
Stephen C. Dries, Clerk

April 2, 2018

Dear Appeals Deputy,

The U.S. Court of Appeals received this document in error. We are forwarding it to the Eastern District of Wisconsin (Green Bay) for your consideration. If you have already received this document then please disregard this letter.

Sincerely,

Pro Se Clerk