# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MARK A. STEPHENS,
   Petitioner

  v.          CASE NUMBER: 18-C-0534

LIZZIE TEGELS,
   Respondent

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this petition for a writ of habeas corpus is **DISMISSED** pursuant to 28 U.S.C. § 2244(b).

| | |
|---|---|
| 5/1/18 | Stephen C. Dries |
| Date | Clerk |
| | s/J. Dreckmann |
| | (By) Deputy Clerk |